```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE: PHUC THE NGUGEN              :        MISCELLANEOUS ACTION
                                    :
                                    :        NO. 02-181

### ORDER

AND NOW, this 23rd day of July, 2002, upon consideration of the "Motion for Appeal of Immigration Judge's Decision, to the Honorable, the Chief Judge and Judges of the Said Court" filed by Phuc the Ngugen, in which Ngugen seeks to vacate the order of removal of an immigration judge, and which we therefore construe as a petition for review, and the Court finding that a petition for review of an order of removal must be filed with the Court of Appeals, not the District Court, see 8 U.S.C. § 1252(a)(1),(b)(2), it is hereby ORDERED that the motion of Ngugen is DENIED WITHOUT PREJUDICE and the Clerk shall CLOSE this action statistically.

                            BY THE COURT:


                            _____
                            Stewart Dalzell, J.